Neil M. Kliebenstein (SBN: 226060)
Neil.kliebenstein@bowmanandbrooke.com
Samuel J. Galvin (SBN: 336930)
Samuel.gavin@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

Attorneys for Defendant
Hitachi Koki U.S.A., Ltd. n/k/a Koki Holdings America Ltd.

Jordon Harlan
jordon@harlanpc.com
HARLAN LAW, P.C.
1245 Island Avenue
San Diego, CA 92101
Telephone: (619) 870-0802
Facsimile: (619) 870-0815

Adam J. Kress - Pro Hac Vice
akress@johnsonbecker.com
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Facsimile: (612) 436-1801

Attorneys for Plaintiff
Timothy Kuali Kahae

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY KUALI KAHAE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> HITACHI KOKI U.S.A., LTD., a Georgia Corporation, and KOKI HOLDINGS CO., LTD., a Japanese Company, <br><br> Defendants. | Case No. 4:23-cv-05683-JST <br><br> **STIUPATION FOR DISMISSAL PURSAUNT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**COMES NOW** the above-named Plaintiff and Defendant by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned matters may be and hereby is

dismissed with prejudice, and without costs to either party.

Dated:  February 6, 2025

Respectfully submitted,

By:   /S/ Neil M. Kliebenstein
Neil M. Kliebenstein
Samuel J. Galvin
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110

Attorneys for Defendant Hitachi Koki U.S.A., Ltd. n/k/a Koki Holdings America Ltd.

By: /S/ Adam Kress

Adam J. Kress – Pro Hac Vice
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101

In associations with:

Jordon Harlan
HARLAN LAW, P.C.
1245 Island Avenue
San Diego, CA 92101

Attorneys for Plaintiff
Timothy Kuali Kahae

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY KUALI KAHAE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI KOKI U.S.A., LTD., a Georgia Corporation, and KOKI HOLDINGS CO., LTD., a Japanese Company,<br><br>Defendants. | Case No. 4:23-cv-05683-JST<br><br>**(PROPOSED) ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Having considered the Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned matter is hereby dismissed with prejudice, and without costs to either party.

**IT IS SO ORDERED,** this  7th  day of  February  2025.

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE